ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL AND<br>SANDRA Y. CORNEAL | CASE NO. 1:00-CV-1192 |
| vs. | |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,<br>W. THOMAS WILSON, Individually and in his Official Capacity as Supervisor of Jackson Township, MICHAEL YODER, Individually and in his Official Capacity as Supervisor of Jackson Township,<br>RALPH WEILER, Individually and in his Official Capacity as Supervisor of Jackson Township, BARRY PARKS, Individually and in His Official Capacity as Sewage Enforcement Officer of Jackson Township,<br>DAVID VAN DOMMELEN, Individually and in his Official Capacity as Building Permit Officer, ANN I. WIRTH, Individually and in her Official Capacity as Secretary of Jackson Township, and | JURY TRIAL DEMANDED<br><br>FILED<br>HARRISBURG PA<br>MAR 27 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ |

**DEFENDANTS, DEFENDANTS' JACKSON TOWNSHIP, W. THOMAS WILSON, MICHAEL YODER, RALPH WEILER, BARRY PARKS, DAVID VAN DOMMELEN AND ANN I. WIRTH'S MOTION FOR LEAVE OF COURT TO FILE A BRIEF IN EXCESS OF THE PAGE LIMITATION OF LOCAL RULE 7.8**

**NOW COMES** Defendants Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth by and through their authorized counsel of record, Mayers, Mennies & Sherr, LLP and moves this Honorable Court for leave to file a Brief in excess of the page limitations of Local Rule 7.8 and, in support thereof, avers as follows:

1. In this purported civil rights action, Plaintiffs, David B. and Sandra Y. Corneal seek to recover for alleged violations of their federally protected rights pursuant to 42 U.S.C. §1983, as well as to recover for alleged state law claims in an action against Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth.

2. The above-named Defendants have prepared a Motion for Summary Judgment on each of the four counts alleged in Plaintiffs' Amended Complaint.

3. Essentially, Defendants maintain that the undisputed material facts of record demonstrate that Plaintiffs were not deprived of any federally protected rights, which are actionable under §1983 nor did they commit conspiracy, interference with performance of a contract, or violate the Pennsylvania Constitution; the individual Defendants are entitled to qualified immunity.

4. Local Rule of Civil Procedure 7.8 provides in relevant part as follows:

> ... unless authorized especially by the Judge in a particular case, briefs, including briefs or motions shall be double spaced and limited to fifteen (15) pages each. No brief exceeding fifteen (15) pages shall be filed without prior authorization. Any motion for such authorization shall specify the length of the brief requested and shall be filed at least two (2) working days before the brief is due.

5. Currently, there is no scheduled due date for dispositive motions in this action, but Defendants have prepared the requisite Motion for Summary Judgment and the attendant Memorandum of Law.

6. Based on this preparation, the 15 page limitation of Briefs contained in Local Rule of Civil Procedure 7.8 is not adequate to address the legal issues raised by Defendants in their Motion for Summary Judgment due to the numerous depositions taken in this case, the number of legal issues raised by Defendants' Motion and in light of Local Rule of Civil Procedure 5.1 (which prescribes size requirements of proportional fonts of no less than 14 points).

7. Based on the foregoing, Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth respectfully request that this Honorable Court grant their Motion for Leave to File their Principal Brief in Support of their Motion for Summary Judgment not in excess of 40 pages in length; the Reply Brief, if any, shall be limited to 15 pages in length.

**WHEREFORE**, based on the foregoing, Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth respectfully request that this Honorable Court grant their Motion

for Leave of Court to File a Brief in Excess of the Page Limitations of Local Rule of Civil Procedure 7.8.

           **MAYERS, MENNIES & SHERR, LLP**

          BY: _____
           ANTHONY R. SHERR, ESQUIRE
           Attorney for Defendants

           3031 Walton Road, Building A
           Suite 330, P.O. Box 1547
           Blue Bell, PA 19422-0440
           (610) 825-0300
           Fax (610) 825-6555

## CERTIFICATE OF SERVICE

I, Cheryl Zeigler, hereby certify that on the 27th day of March, 2002, a true and correct copy of Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth's Motion for Leave of Court to File a Brief in Excess of the Page Limitation of Local Rule 7.8, was served by first class regular mail, postage prepaid upon the following:

Bridget E. Montgomery, Esquire
Adam Sheinvold, Esquire
Eckert, Seamans Cherin & Mellott
213 Market Street, 8th Floor
Harrisburg, PA 17101

Michele J. Thorp, Esquire
**Thomas, Thomas & Hafer, LLP**
305 North Front Street, 6th Floor
P.O. Box 999
Harrisburg, PA 17108

BY: *Cheryl Zeigler*
Cheryl Zeigler
Legal Assistant to Anthony R. Sherr

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL AND<br>SANDRA Y. CORNEAL | : | CASE NO. 1:00-CV-1192 |
| vs. | : | |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,<br>W. THOMAS WILSON, Individually and in his Official Capacity as Supervisor of Jackson Township, MICHAEL YODER, Individually and in his Official Capacity as Supervisor of Jackson Township,<br>RALPH WEILER, Individually and in his Official Capacity as Supervisor of Jackson Township, BARRY PARKS, Individually and in His Official Capacity as Sewage Enforcement Officer of Jackson Township,<br>DAVID VAN DOMMELEN, Individually and in his Official Capacity as Building Permit Officer, ANN I. WIRTH, Individually and in her Official Capacity as Secretary of Jackson Township, and | : | JURY TRIAL DEMANDED |

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that on March 27, 2002, he contacted the offices of Bridget E. Montgomery, Esquire and Adam Sheinvold, Esquire, counsel for Plaintiffs in order to seek their concurrence in this Motion, but have not received a response; the undersigned also certifies that Michele Thorp, Esquire, counsel for

Defendant, Ralph Weiler in order to seek her concurrence in this Motion and she has concurred.

                              **MAYERS, MENNIES & SHERR, LLP**

                              BY: _____
                                ANTHONY R. SHERR, ESQUIRE
                                Attorney for Defendants

                                3031 Walton Road, Building A
                                Suite 330, P.O. Box 1547
                                Blue Bell, PA 19422-0440
                                (610) 825-0300
                                Fax (610) 825-6555