IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL,<br><br>Plaintiffs<br><br>v.<br><br>JACKSON TOWNSHIP, Huntingdon County, Pennsylvania, *et al.*,<br><br>Defendants | CIVIL NO. 1:CV-00-1192 |



### ORDER

**IT IS HEREBY ORDERED THAT** Defendants' motion for leave to file a brief in excess of fifteen pages is **GRANTED**. Defendants' brief shall not exceed thirty (30) pages in length.

SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2002.