IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David B. Corneal and<br>Sandra Y. Corneal,<br>    Plaintiffs<br><br>v.<br><br>Jackson Township, Huntingdon County, Pennsylvania, W. Thomas Wilson, Individually and in his Official Capacity as Supervisor of Jackson Township, Michael Yoder, Individually and in his Official Capacity as Supervisor of Jackson Township, Ralph Weiler, Individually and in his Official Capacity as Supervisor of Jackson Township, Barry Parks, Individually and in his Official Capacity as Sewage Enforcement Officer of Jackson Township, David Van Dommelen, Individually and in his Official Capacity as Building Permit Officer, Ann L. Wirth, Individually and in her Official Capacity as Secretary of Jackson Township, and Larry Newton, Individually and in his Official Capacity as Solicitor of Jackson Township | NO.: 1:CV-00-119<br><br>JUDGE SYLVIA H. RAMBO<br><br>FILED<br>HARRISBURG, PA<br>JUN 19 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

    Please withdraw my appearance as co-counsel for Defendant, Ralph Weiler. Anthony R. Sherr, Esquire will continue to represent Defendant Ralph Weiler in the above-captioned case.

                                        THOMAS, THOMAS & HAFER, LLP

                                        Michele J. Thorp, Esquire
                                        I.D. Number: 71117
                                        P.O. Box 999
                                        Harrisburg, PA 17101
Date: 6/18/02                             (717)237-7153

## CERTIFICATE OF SERVICE

I do hereby certify that on this day I served a true and correct copy of the foregoing by first class mail, postage prepaid, addressed to the following:

Bridget Montgomery, Esquire
Charles M. Suhr, Esquire
Eckert, Seamans, et al.
213 Market Street
P.O. Box 1248
Harrisburg, PA 17108-1248

Anthony R. Sherr, Esquire
Mayers, Mennies & Sherr, LLP
3031 Walton Road
Building A
Suite 330
P.O. Box 1547
Blue Bell, PA 19422-0440

                                      Thomas, Thomas & Hafer, LLP

                                      Michele J. Thorp, Esquire
                                      305 N. Front Street
                                      P.O. Box 999
                                      Harrisburg, PA 17108-0999

Date: 6/18/02