IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, | : | NO. 1:CV-00-1192 |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | RAMBO, J. |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 31st day of July, upon consideration of Plaintiffs' Motion for Leave to File Answer to Defendants' Statement of Material Facts *Nunc Pro Tunc*, it is hereby Ordered that the Motion is GRANTED. Plaintiffs shall file an Answer to Defendants' Statement of Material Facts in the form proposed within 10 days of the date of this Order.

By the Court,

Rambo, J.