

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. CORNEAL and** | : | NO. 1:CV-00-1192 |
| **SANDRA Y. CORNEAL,** | : | |
| Plaintiffs | : | |
| | : | FILED |
| v. | : | HARRISBURG, PA |
| | : | |
| **JACKSON TOWNSHIP, et al.,** | : | AUG 20 2002 |
| Defendants | : | MARY E. D'ANDREA, CLERK |
| | | Per _____ Deputy Clerk |

### ORDER OF RECUSAL

Pursuant to Canon 3C(1) of the Code of Conduct for United States Judges, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action. The Clerk of Court shall reassign the case to the Honorable Sylvia H. Rambo.

_____
CHRISTOPHER C. CONNER
United States District Judge

Dated: August 20, 2002