
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, | CIVIL NO. 1:CV-00-1192 |
| Plaintiffs, | |
| v. | |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania, *et al.* | |
| Defendants. | |



FILED
DEC 2 3 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

In accordance with the foregoing memorandum of law, **IT IS HEREBY ORDERED THAT:**

    (1) Defendants' motion for summary judgment on Count I is **GRANTED in PART** and **DENIED in PART** as follows:

        (A) Defendants' motion for summary judgment regarding the procedural due process claim is **GRANTED**;

        (B) Defendants' motion for summary judgment regarding the substantive due process claim is **DENIED**;

    (2) Defendants' motion for summary judgment on Count II is **GRANTED IN PART**. As the motion relates to Defendants Jackson Township, the motion is **GRANTED**. In all other respects, Defendants' motion for summary judgment on Count II is **DENIED**;

    (3) Defendants' motion for summary judgment on Count III is **GRANTED**;

(4) Defendants' motion for summary judgment on Count IV is **GRANTED** with regard to the procedural due process claims, and **DENIED** with regard to the substantive due process claim;

(5) Plaintiffs' motion for summary judgment is **DENIED**.

SYLVIA H. RAMBO
United States District Judge

Dated: December 23, 2002

Case 1:00-cv-01192-SHR   Document 85   Filed 12/23/2002   Page 2 of 2