IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, <br><br> **Plaintiffs** <br><br> v. <br><br> JACKSON TOWNSHIP, Huntingdon County, Pennsylvania; W. THOMAS WILSON, Individually and in his official capacity as supervisor of Jackson Township; MICHAEL YODER, Individually and in his official capacity as supervisor of Jackson Township; RALPH WEILER, Individually and in his official capacity as supervisor of Jackson Township; BARRY PARKS, Individually and in his official capacity as sewage enforcement officer of Jackson Township; DAVID VAN DOMMELEN, Individually and in his official capacity as building permit officer of Jackson Township; ANN L. WIRTH, Individually and in her official capacity as secretary of Jackson Township; and LARRY NEWTON, Individually and in his official capacity as solicitor of Jackson Township, <br><br> **Defendants** | CIVIL NO. 1:CV-00-1192 <br><br>  |

## O R D E R

**IT IS HEREBY ORDERED THAT** the case management deadlines for the captioned action are reestablished as follows:

    1) This case is placed on the April 2003 trial list. Jury selection for cases on the April list will begin at 9:30 a.m. on Monday, April 7, 2003 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The pretrial conference will be held on Friday, March 28, 2003, at 11:00 a.m. in the chambers of Courtroom No. 3.

3) Pretrial memoranda shall be filed no later than noon on Friday, March 21, 2003 in conformity with the local rules.

4) If the parties choose to file motions *in limine*, the following deadlines shall be filed:

    a) Motions *in limine* and supporting briefs are due February 21, 2003;

    b) Opposition briefs are due no March 3, 2003; and

    c) Reply briefs are due March 7, 2003.

SYLVIA H. RAMBO
United States District Judge

Dated: December 30, 2002.