IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DAVID B. CORNEAL and SANDRA Y. CORNEAL,** : **CIVIL NO. 1:CV-00-1192**

**Plaintiffs**

**v.**

**JACKSON TOWNSHIP, Huntingdon County, Pennsylvania; W. THOMAS WILSON, Individually and in his official capacity as supervisor of Jackson Township; MICHAEL YODER, Individually and in his official capacity as supervisor of Jackson Township; RALPH WEILER, Individually and in his official capacity as supervisor of Jackson Township; BARRY PARKS, Individually and in his official capacity as sewage enforcement officer of Jackson Township; DAVID VAN DOMMELEN, Individually and in his official capacity as building permit officer of Jackson Township; ANN L. WIRTH, Individually and in her official capacity as secretary of Jackson Township; and LARRY NEWTON, Individually and in his official capacity as solicitor of Jackson Township,**

**Defendants**

FILED
HARRISBURG
JAN 0 3 2003
MARY E. D'ANDREA, CLERK
Per ______
DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED THAT** the pretrial conference is rescheduled from March 28, 2003, to Thursday, March 27, 2003 at 11:00 a.m. All other dates and deadlines remain unaltered.

SYLVIA H. RAMBO
United States District Judge

Dated: January 3, 2003.