

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, | : | NO. 1:CV-00-1192 |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | RAMBO, J. |
| JACKSON TOWNSHIP, *et al.*, Defendants | : | |

**ORDER**

AND NOW, this _17_ day of January, 2003, upon consideration of Plaintiffs' Motion for Enlargement of Time to File Brief in Support Motion for Reconsideration is hereby GRANTED and Plaintiffs shall have until January 30, 2003 in which to file their Brief in Support Motion for Reconsideration.

By the Court,

_____
Sylvia H. Rambo, J.

{L0260459.1}