IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID B. CORNEAL and SANDRA Y. CORNEAL,**<br><br>**Plaintiffs**<br><br>v.<br><br>**JACKSON TOWNSHIP, Huntingdon County, Pennsylvania; W. THOMAS WILSON, Individually and in his official capacity as supervisor of Jackson Township; MICHAEL YODER, Individually and in his official capacity as supervisor of Jackson Township; RALPH WEILER, Individually and in his official capacity as supervisor of Jackson Township; BARRY PARKS, Individually and in his official capacity as sewage enforcement officer of Jackson Township; DAVID VAN DOMMELEN, Individually and in his official capacity as building permit officer of Jackson Township; ANN L. WIRTH, Individually and in her official capacity as secretary of Jackson Township; and LARRY NEWTON, Individually and in his official capacity as solicitor of Jackson Township,**<br><br>**Defendants** | **CIVIL NO. 1:CV-00-1192** |

## O R D E R

**IT IS HEREBY ORDERED THAT:**

      1) Jury selection remains scheduled for 9:30 a.m. on Monday, April 7, 2003, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) Trial will commence at 9:30 a.m. on Tuesday, April 15, 2003 and shall conclude no later than April 23, 2003.

Dated:  March 12, 2003.

   s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge