IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL AND SANDRA Y. CORNEAL : | CASE NO. 1:00-CV-1192 |
| vs. : | |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania, W. THOMAS WILSON, Individually and in his Official Capacity as Supervisor of Jackson Township, MICHAEL YODER, Individually and in his Official Capacity as Supervisor of Jackson Township, RALPH WEILER, Individually and in his Official Capacity as Supervisor of Jackson Township, BARRY PARKS, Individually and in His Official Capacity as Sewage Enforcement Officer of Jackson Township, DAVID VAN DOMMELEN, Individually and in his Official Capacity as Building Permit Officer, ANN I. WIRTH, Individually and in her Official Capacity as Secretary of Jackson Township, and : | JURY TRIAL DEMANDED |

## ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Plaintiffs' Motion to Strike Defendants Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth's Motion for Reconsideration and Defendants' response thereto , it is hereby;

**ORDERED** and **DECREED** that Plaintiffs' Motion is DENIED.

BY THE COURT:

_____
J.