# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL AND<br>SANDRA Y. CORNEAL | CASE NO. 1:00-CV-1192 |
| vs. | |
| JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,<br>W. THOMAS WILSON, Individually and in his Official Capacity as Supervisor of Jackson Township, MICHAEL YODER, Individually and in his Official Capacity as Supervisor of Jackson Township, RALPH WEILER, Individually and in his Official Capacity as Supervisor of Jackson Township, BARRY PARKS, Individually and in His Official Capacity as Sewage Enforcement Officer of Jackson Township, DAVID VAN DOMMELEN, Individually and in his Official Capacity as Building Permit Officer, ANN I. WIRTH, Individually and in her Official Capacity as Secretary of Jackson Township, and | JURY TRIAL DEMANDED<br><br>FILED<br>HARRISBURG, PA<br><br>MAR 13 2003<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

## DEFENDANTS' JACKSON TOWNSHIP, W. THOMAS WILSON, MICHAEL YODER, RALPH WEILER, BARRY PARKS, DAVID VAN DOMMELEN AND ANN I. WIRTH'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION FOR RECONSIDERATION AND IN REPLY TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' <u>MOTION FOR RECONSIDERATION</u>

**NOW COME** Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth, by and through their authorized counsel of record, Mayers, Mennies & Sherr, LLP, and in response to Plaintiffs' Motion to Strike Defendants' Motion for Reconsideration state

as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. The allegations contained in ¶4 attempt to characterize a legal writing, which speaks for itself, that is this Court's Order dated December 23, 2003 and on that basis, Plaintiffs' characterizations of the same are denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. The allegations contained in ¶9 constitute a conclusion of law to which no responsive pleading is required and on that basis, they are denied.

10. Denied. The allegations contained in ¶10 constitute a conclusion of law to which no responsive pleading is required and on that basis, they are denied.

11. Admitted.

12. Admitted in part and denied in part. It is admitted only that the Third Circuit issued its Opinion on January 14, 2003. It is denied that there is no excuse

for Defendants' alleged untimeliness when the applicable deadlines for the filing of Motions for Reconsideration has already passed prior to the Third Circuit's decision.

13.    Denied.

**WHEREFORE**, Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth respectfully request that this Honorable Court deny Plaintiffs' Motion to Strike Defendants' Cross-Motion for Reconsideration as untimely.

**MAYERS, MENNIES & SHERR, LLP**

BY: _____
ANTHONY R. SHERR, ESQUIRE
Attorney for Defendants

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555