IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. CORNEAL and SANDRA Y. CORNEAL,** | : | **CIVIL NO. 1:CV-00-1192** |
| **Plaintiffs** | : | |
| v. | : | |
| **JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** this court's order dated March 18, 2003, is amended at numbered paragraph 2, on page 3, to read:

> (2) No later than April 1, 2003, **Defendants** shall file a renewed motion for summary judgments regarding Plaintiffs' substantive due process claim and Plaintiffs' state law claims in Counts II and IV.

In all other respects, the order remains unchanged.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated:  March 19, 2003.