IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, | : : | NO. 1:CV-00-1192 |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| v. | : : | RAMBO, J. |
| JACKSON TOWNSHIP, *et al.*, Defendants | : : | |

## ORDER

AND NOW, this ___ day of March, 2003, upon consideration of Plaintiffs' Motion to Compel Compliance with Pretrial Procedures dated March 17, 2003, it is hereby ORDERED that:

(a) The Motion is GRANTED;

(b) Defendants' counsel shall comply with all mandatory pretrial procedures under the local rules of the Middle District of Pennsylvania;

(c) Defendants shall provide additional time to meet with Plaintiffs' counsel by telephone conference or in person to attempt in good faith to arrive at stipulations in the form of a comprehensive statement of undisputed facts and to enter into good faith discussions concerning settlement; and

(d) Plaintiffs are excused from the obligation to file a supporting brief in connection with their Motion to Compel Compliance with Pretrial Procedures.

By the Court,

_____
Rambo, J.

{L0262763.1}