IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| DAVID B. CORNEAL and SANDRA Y. CORNEAL,<br><br>  Plaintiffs<br><br>v.<br><br>JACKSON TOWNSHIP, *et al.*,<br>  Defendants | : : : : : : : : : : | NO. 1:CV-00-1192<br><br>JURY TRIAL DEMANDED<br><br>RAMBO, J. |

## EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH PRETRIAL PROCEDURES

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Bridget E. Montgomery, Esq.
Adam M. Shienvold, Esq.
213 Market Street
Harrisburg, PA 17101
717.237.6000

FILED
HARRISBURG, PA
MAR 18 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

EXHIBIT A

# ECKERT SEAMANS CHERIN & MELLOTT, LLC

*213 Market Street*
*Eighth Floor*
*Harrisburg, PA 17101*

*Address correspondence to:*
*Post Office Box 1248*
*Harrisburg, PA 17108-1248*

*Telephone: 717.237.6000*
*Facsimile: 717.237.6019*
*www.escm.com*

*Boston*

*Haddonfield, NJ*

*Harrisburg*

*Morgantown, WV*

*Philadelphia*

*Pittsburgh*

*Washington, D.C.*

March 11, 2003

*Via facsimile 610-825-6555*

Anthony R. Sherr, Esquire
Mayers, Mennies & Sherr, LLP
Building A, Suite 330
3031 Walton Road
P.O. Box 1547
Blue Bell, PA 19422-0440

Re:   Corneal v. Jackson Township et al.
      C.A. No. 1:00-CV-1192 – Judge Rambo

Dear Tony:

As you know, our Pretrial Memoranda are due on March 21, 2003. Pursuant to local rules, we also have the obligation to meet and confer as counsel for the parties, by March 17, 2003. Please let me know your availability for such a meeting. It may help in this case to meet in person. Let me know your reaction.

Very truly yours,

Bridget E. Montgomery
BEM:cle
cc:   Adam Shienvold, Esquire

---

**ECKERT SEAMANS**
ATTORNEYS AT LAW

{L0262521.1}

*Bridget E. Montgomery, Esquire*
*717.237.6054*
*bxm@escm.com*

# ECKERT SEAMANS CHERIN & MELLOTT, LLC

*213 Market Street*
*Eighth Floor*
*Harrisburg, PA 17101*

*Address correspondence to:*
*Post Office Box 1248*
*Harrisburg, PA 17108-1248*

*Telephone: 717.237.6000*
*Facsimile: 717.237.6019*
*www.escm.com*

*Boston*

*Haddonfield, NJ*

*Harrisburg*

*Morgantown, WV*

*Philadelphia*

*Pittsburgh*

*Washington, D.C.*

March 12, 2003

*Via facsimile 610-825-6555*

Anthony R. Sherr, Esquire
Mayers, Mennies & Sherr, LLP
Building A, Suite 330
3031 Walton Road
P.O. Box 1547
Blue Bell, PA  19422-0440

Re:   Corneal v. Jackson Township et al.
      C.A. No. 1:00-CV-1192 – Judge Rambo

Dear Tony:

Following up on my telephone call to you, I received your letter yesterday responding to my request for dates when we could meet as required under the Middle District rules to work on the Pretrial Memo and conference issues. Unfortunately, the only date that you gave me, March 13th, is not possible as I have a Superior Court brief due that date in another matter. I am available Friday, March 14th, Monday, March 17th, Tuesday, March 18th, Wednesday, March 19th, any time on any of those days.

The only caveat is that I have to be out of the office by 4:45 p.m. on Monday, March 17th, for a court-related commitment. I can also meet Thursday, March 20th in the morning, but I will only have a couple of hours that morning to do so.

Please let me know if any of these other dates work for you. Keep in mind that we are obligated to discuss settlement as well at this meeting.

Please let me know whether you intend to subpoena any witnesses, including Lawrence Newton, David Simpson, John Hewett, Jr., Joann Smith, Harvey Reeder, and/or Terry Williams. I look forward to hearing from you.

Very truly yours,

Bridget E. Montgomery
BEM:cle
cc:   Adam Shienvold, Esquire

ECKERT SEAMANS
ATTORNEYS AT LAW

{L0262581.1}

*Bridget E. Montgomery, Esquire*
*717.237.6054*
*bxm@escm.com*

# ECKERT SEAMANS CHERIN & MELLOTT, LLC

*213 Market Street*
*Eighth Floor*
*Harrisburg, PA 17101*

*Address correspondence to:*
*Post Office Box 1248*
*Harrisburg, PA 17108-1248*

*Telephone: 717.237.6000*
*Facsimile: 717.237.6019*
*www.escm.com*

*Boston*

*Haddonfield, NJ*

*Harrisburg*

*Morgantown, WV*

*Philadelphia*

*Pittsburgh*

*Washington, D.C.*

March 13, 2003

*Via facsimile 610-825-6555*

Anthony R. Sherr, Esquire
Mayers, Mennies & Sherr, LLP
Building A, Suite 330
3031 Walton Road
P.O. Box 1547
Blue Bell, PA  19422-0440

Re:  Corneal v. Jackson Township et al.
     C.A. No. 1:00-CV-1192 – Judge Rambo

Dear Tony:

I am agreeable to meeting with you on the 17th of March, the date that you provided in your letter to me.  I do not believe there are rooms at the Federal Courthouse, but we certainly can meet in these offices.  We are centrally located, with a parking garage, and there are several large conference rooms available for our use. 10:30 a.m. would be fine to commence the meeting and if you must leave by 2:00 p.m., then we will make every effort to complete all of the tasks that the local rules require in that conference.

On another point, I expect that you received a copy of Judge Rambo's Order, providing us with a date certain for this trial.  She indicates that the trial will have jury selection as previously planned on April 7th, and trial will start on April 15th but must be completed by the 23rd of April.  That will include, I would expect, the jury determination.  Again, I would ask that you let me know which witnesses you intend to subpoena as soon as possible so that we can provide them with plenty of notice.

Thank you for your courtesy.

Very truly yours,

*Bridget E. Montgomery (cle)*

Bridget E. Montgomery
BEM:cle
Enclosure
cc:    Adam Shienvold, Esquire

ECKERT SEAMANS
ATTORNEYS AT LAW

{L0262628.1}

*Bridget E. Montgomery, Esquire*
*717.237.6054*
*bxm@escm.com*

## EXHIBIT LIST

JUDGE _____    CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Hewett/Smith Agreement of Sale | | | | |
| | | Jackson Township Building Permit Ordinance | | | | |
| | | Minutes of Board of Supervisors Meeting January 2000 | | | | |
| | | Minutes of Board of Supervisors Meeting February 2000 | | | | |
| | | Minutes of Board of Supervisors Meeting March 2000 | | | | |
| | | Minutes of Board of Supervisors Meeting April 2000 | | | | |
| | | Minutes of Board of Supervisors Meeting May 2000 | | | | |
| | | Minutes of Board of Supervisors Meeting July 2000 | | | | |
| | | Letter to Corneal from Harvey B. Reeder, Esq. | | | | |
| | | Letter to Ann Wirth from Huntingdon County Planning Commission, 2/24/00 | | | | |
| | | Letter to Ann Wirth from Huntingdon County Planning Commission, 4/20/00 | | | | |
| | | Letter dated 5/5/00 to David Van Dommelen from Corneal | | | | |

Page 1 of 6

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Letters dated 8/31/00 and 9/1/00 to Ann Wirth from David Corneal, with attachments (building permit applications and checks) | | | | |
| | | Letter to Corneal from David Van Dommelen 10/10/00 | | | | |
| | | Letter to Township from Terry Williams, Esq., 11/10/00 | | | | |
| | | Letter dated 1/31/00 to Township Solicitor Newton from Corneal | | | | |
| | | Letter dated 7/28/00 to Corneal from Newton | | | | |
| | | Sewage Module dated 2/19/00 | | | | |
| | | Building Permit Application Log for Jackson Township (VD4) | | | | |
| | | Building Permit Analysis for Jackson Township (VD10) | | | | |
| | | SEO Activity Records (P4) | | | | |
| | | Letter dated 5/5/00 to Newton from Corneal (N4) | | | | |
| | | Notice of January 2000 Meeting, dated 12/28/99 (N8) | | | | |
| | | Letter dated 8/3/00 to Newton from Corneal | | | | |
| | | Newton Invoice for Legal Services to Jackson Township (N15) | | | | |
| | | Letter dated 8/29/00 to Corneal from Newton (N16) | | | | |

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | Van Dommelen's Copy of Complaint, including handwritten notes from Van Dommelen | | | | |
| | | Deposition Transcripts of All Deponents in this Case. | | | | |
| | | Expert Report of Allen Heist | | | | |
| | | Expert Report of George Fasic | | | | |
| | | Initial Subdivision Plan dated 2/4/00 | | | | |
| | | Revised Subdivision Plan dated 4/7/00 | | | | |
| | | Any Exhibits Identified on Defendants' List of Exhibits, and Plaintiffs' Reserve the Right to Supplement Prior to Submission of Pre-Trial Memoranda. | | | | |

PLAINTIFFS' WITNESS LIST 3/17/03

1. All Parties to the Action.

2. Lawrence L. Newton, Esq.

3. David A. Simpson

4. George W. Fasic, 802 Strasburg Road, West Chester, Pennsylvania 19382.

5. Allen G. Heist, Apartment G6, 101 North Five Points Road, West Chester, Pennsylvania 19382.

6. John B. Hewett, Jr.

7. Joann F. Smith

8. Harvey B. Reeder, Esquire

9. Terry Williams, Esquire

10. Defendants Wilson's Nephew

11. Any witness identified by Defendants or called by Defendants at Trial in this matter.

EXHIBIT C

## MAYERS, MENNIES & SHERR LLP
— ATTORNEYS AT LAW —

RICHARD J. MENNIES
JOSEPH B. MAYERS
ANTHONY R. SHERR
LISA G. FADEN*
LORI J. MILLER**
JOHN A. ANASTASIA
GRACE P. MANNO***

Also Admitted in New Jersey*
Also Admitted in Illinois**
Also Admitted in Texas***

E-mail tsherr@mmsllp.com

3031 WALTON ROAD, BUILDING A
SUITE 330, P.O. BOX 1547
BLUE BELL, PA 19422-0440

TEL: (610) 825-0300
FAX: (610) 825-6555

OF COUNSEL
RONALD H. SHERR

March 12, 2003

Bridget E. Montgomery, Esquire
**Eckert, Seamans Cherin & Mellott**
213 Market Street, 8th Floor
Harrisburg, PA 17101

RE: **Corneal v. Jackson Township, et al.
C.A. No. 1:00-CV-1192 – Judge Rambo**

Dear Ms. Montgomery:

I am available to meet on the 17th. Is there a room we can use at the courthouse? As to settlement, what is your bottom line? I don't think I can get up there before 10:30, and I have to leave by 2:00. Do you think that will be enough time? Please confirm

Very truly yours,

ANTHONY R. SHERR

ARS/cz

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of the foregoing document upon the persons and in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

By Facsimile and First Class U.S. Mail
Anthony R. Sherr, Esq.
Mayers, Mennies & Sherr, LLP
P. O. Box 1547
Blue Bell, PA 19422-0440

Adam M. Shienvold, Esq.

Date: 3/17/03

Counsel for Plaintiffs, David B. and Sandra Y. Corneal

{L0262763.1}