## FOURTEENTH AFFIRMATIVE DEFENSE

At the time of its enactment, subdivision moratoriums were valid.

## FIFTEENTH AFFIRMATIVE DEFENSE

Historically, all subdivision proposals were sent to the Huntingdon County Planning Commission.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendants did not act in concert nor enter into any agreement, which deprived the Plaintiffs of any constitutional right, including one to use and to develop their property.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendants did not interfere with the performance of any contract.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have developed their property as desired.

**MAYERS, MENNIES & SHERR, LLP**

BY:_____
ANTHONY R. SHERR, ESQUIRE
Attorney for Defendants

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555

38



## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID B. CORNEAL AND            :
SANDRA Y. CORNEAL               :        CASE NO. 1:00-CV-1192
                                :
            vs.                 :
                                :
                                :
JACKSON TOWNSHIP, Huntingdon    :
County, Pennsylvania,           :        JURY TRIAL DEMANDED
W. THOMAS WILSON, Individually and :
in his Official Capacity as Supervisor of :
Jackson Township, MICHAEL YODER, :
Individually and in his Official Capacity as :
Supervisor of Jackson Township, :                FILED
RALPH WEILER, Individually and in his :        HARRISBURG, PA
Official Capacity as Supervisor of Jackson :
Township, BARRY PARKS, Individually :          MAR 1 8 2003
and in His Official Capacity as Sewage :
Enforcement Officer of Jackson Township, :   MARY E. D'AND
DAVID VAN DOMMELEN, Individually :           Per
and in his Official Capacity as Building :              Deputy
Permit Officer, ANN I. WIRTH, :
Individually and in her Official Capacity as :
Secretary of Jackson Township, and :

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that on March 18, 2003, Lori Miller,

Esquire contacted the offices of Adam Sheinvold, Esquire, counsel for

Plaintiffs, in order to seek his concurrence in this Motion, and they do not concur.

**MAYERS, MENNIES & SHERR, LLP**

BY:

ANTHONY R. SHERR, ESQUIRE
Attorney for Defendants

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555