

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID B. CORNEAL AND
SANDRA Y. CORNEAL                      :

                                         :     CASE NO. 1:00-CV-1192

                 vs.                     :

JACKSON TOWNSHIP, Huntingdon           :
County, Pennsylvania,                  :      JURY TRIAL DEMANDED
W. THOMAS WILSON, Individually and     :
in his Official Capacity as Supervisor of :
Jackson Township, MICHAEL YODER,       :
Individually and in his Official Capacity as :
Supervisor of Jackson Township,        :
RALPH WEILER, Individually and in his  :
Official Capacity as Supervisor of Jackson :
Township, BARRY PARKS, Individually    :
and in His Official Capacity as Sewage :
Enforcement Officer of Jackson Township, :
DAVID VAN DOMMELEN, Individually       :
and in his Official Capacity as Building :
Permit Officer, ANN I. WIRTH,          :
Individually and in her Official Capacity as :
Secretary of Jackson Township, and     :

## ORDER

      **AND NOW,** this       day of               , 2003 upon consideration of

Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler,

Barry Parks, David Van Dommelen and Ann I. Wirth's Motion for Leave to File

Answer to Plaintiffs' Amended Complaint Nunc Pro Tunc, it is hereby;

      **ORDERED** and **DECREED** that Defendants, Jackson Township, W. Thomas



Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann

I. Wirth's Motion is GRANTED.

BY THE COURT:

_____

                                                                J.