## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID B. CORNEAL AND  :
SANDRA Y. CORNEAL   :  CASE NO. 1:00-CV-1192
         :
    vs.     :  JURY TRIAL DEMANDED
         :
JACKSON TOWNSHIP, ET AL :

### CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that he telephoned the offices of Bridget E.
Montgomery, Esquire, counsel for Plaintiffs in order to seek their concurrence in
this Motion and has not received a response.

**MAYERS, MENNIES & SHERR, LLP**

BY: _____
  ANTHONY R. SHERR, ESQUIRE
  Attorney for Defendants

  3031 Walton Road, Building A
  Suite 330, P.O. Box 1547
  Blue Bell, PA 19422-0440
  (610) 825-0300
  Fax (610) 825-6555