# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID B. CORNEAL AND      :
SANDRA Y. CORNEAL      :    CASE NO. 1:00-CV-1192
     :
       vs.         :
     :    JURY TRIAL DEMANDED
JACKSON TOWNSHIP, ET AL      :

## ORDER

**AND NOW**, this     day of       , 2003, upon consideration of

Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler,

Barry Parks, David Van Dommelen, Ann I. Wirth's Motion for Summary Judgment

Pursuant to F.R.C.P. 56(c) on Plaintiffs' Substantive Due Process and State Law

Claims and any opposition thereto, it is hereby;

**ORDERED** and **DECREED** that Defendants, Jackson Township, W. Thomas

Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen, Ann

I. Wirth's Motion is GRANTED.  It is further **ORDERED** that Defendants, are

dismissed from this matter with prejudice.

BY THE COURT:

_____
                               J.