*2 to Cl*

**FILED**
**HARRISBURG**

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

APR 1 4 2003

MARY E. D'ANDREA, CLE~~RK~~
Per _____
~~DEPUTY CLERK~~

| | | |
|---|---|---|
| DAVID B. CORNEAL AND | : | |
| SANDRA Y. CORNEAL | : | CASE NO. 1:00-CV-1192 |
| | : | |
| vs. | : | (JUDGE RAMBO) |
| | : | |
| JACKSON TOWNSHIP, et al. | : | JURY TRIAL DEMANDED |

## PRAECIPE TO SUBSTITUTE

**TO THE CLERK OF THE COURT:**

Kindly substitute the original Affidavits of Ann I. Wirth and W. Thomas
Wilson for the copies attached to Defendants' Appendix in Support of their Motion
for Summary Judgment as Exhibit "2", which was filed on April 1, 2003.

**MAYERS, MENNIES & SHERR, LLP**

BY: _____
ANTHONY R. SHERR, ESQUIRE
Attorney for Defendants

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555

## AFFIDAVIT OF ANN I. WIRTH

I, Ann I. Wirth take this Affidavit pursuant to personal knowledge gained in my position as the Township Secretary to the Board of Supervisors of Jackson Township and hereby states as follows:

1.      The annual tax base for Jackson Township is $22,000.00;

2.      Attorney Newton attended the monthly Board of Supervisors' meetings and/or provided counsel when requested by the Supervisors, due to fiscal constraints;

3.      To date, there are no outstanding or pending applications for permits for the Corneal property and further, no proper applications were denied.

_____

ANN I. WIRTH

## AFFIDAVIT OF W. THOMAS WILSON

I, W. Thomas Wilson take this Affidavit pursuant to personal knowledge gained in my position as a member of the Board of Supervisors of Jackson Township and hereby states as follows:

1.     The Board of Supervisors' objective in drafting and adopting a subdivision and land development ordinance was based on Citizens' request for the same, and the Township's desire to foster proper growth and development through effective and coherent planning, so as to benefit the health and general welfare of the citizens of Jackson Township.

W. Thomas Wilson

W. THOMAS WILSON

## CERTIFICATE OF SERVICE

I, Cheryl Zeigler, hereby certify that on the 9th day of April, 2003, a true and correct copy of Defendants, Jackson Township, W. Thomas Wilson, Michael Yoder, Ralph Weiler, Barry Parks, David Van Dommelen and Ann I. Wirth's Praecipe to Substitute Affidavits with regard to Exhibit "2" of their Appendix in support of their Motion for Summary Judgment was served by first class regular mail, postage prepaid upon the following:

Bridget E. Montgomery, Esquire
Adam Sheinvold, Esquire
Eckert, Seamans Cherin & Mellott
213 Market Street, 8th Floor
Harrisburg, PA 17101

BY: _Cheryl Zeigler_
Cheryl Zeigler
Legal Assistant to Anthony R. Sherr