# **CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

I certify that I contacted Lori Miller, Esquire, to obtain her concurrence in the foregoing motion pursuant to Middle District Local Rule 7.1, and Defendants refused to concur.

Adam M. Shienvold, Esq.

Date: 4/14/03          Attorney for Plaintiffs, David B. and Sandra Y. Corneal

{L0264006.1}