# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and | : | NO. 1:CV-00-1192 |
| SANDRA Y. CORNEAL, | : | |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | RAMBO, J. |
| | : | |
| JACKSON TOWNSHIP, *et al.,* | : | |
| Defendants | : | |

## ORDER

AND NOW, this ___ day of April, 2003, it it hereby ORDERED that Plaintiffs' Motion *Nunc Pro Tunc* for Leave to File a Response to Defendants' Motion for Leave to File Answer hereby is GRANTED.

Plaintiffs shall file a Brief in Response to Defendants' Motion no later than Monday, April 14, 2003.

By the Court,

_____
Rambo, J.