

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL AND | : | |
| SANDRA Y. CORNEAL | : | CASE NO. 1:00-CV-1192 |
| | : | |
| vs. | : | (JUDGE RAMBO) |
| | : | |
| JACKSON TOWNSHIP, et al. | : | JURY TRIAL DEMANDED |

### CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that on April 28, 2003, Lori Miller, Esquire contacted the offices of Adam Sheinvold, Esquire, counsel for Plaintiffs, in order to seek his concurrence in this Motion, and they concur in an enlargement of time up to one week from the original due date to May 12, 2003.

**MAYERS, MENNIES & SHERR, LLP**

BY: _____

ANTHONY R. SHERR, ESQUIRE
Attorney for Defendants

3031 Walton Road, Building A
Suite 330, P.O. Box 1547
Blue Bell, PA 19422-0440
(610) 825-0300
Fax (610) 825-6555