IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID B. CORNEAL and SANDRA Y. CORNEAL,** : | **CIVIL NO. 1:CV-00-1192** |
| **Plaintiffs** : | |
| v. : | |
| **JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,** *et al.*, : | |
| **Defendants** : | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** Defendants' motion for an extension of time to file a reply brief in support of their motion for summary judgment is **GRANTED**. Defendants shall file their reply brief no later than May 12, 2003.

                                                  s/Sylvia H. Rambo
                                                  Sylvia H. Rambo
                                                  United States District Judge

Dated:  April 29, 2003.