# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and  SANDRA Y. CORNEAL, | : : | NO. 1:CV-00-1192 |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| v. | : : | RAMBO, J. |
| JACKSON TOWNSHIP, *et al.,* Defendants | : : : | |

## ORDER

AND NOW, this ___ day of May, 2003, upon consideration of Plaintiffs' Motion For Leave To File Sur-Reply Brief in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs' may file a sur-reply brief in opposition to Summary Judgment within 10 days of the entry of this Order.

By the Court,

_____
Rambo, J.