IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID B. CORNEAL and SANDRA Y. CORNEAL, | : : | NO. 1:CV-00-1192 |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| v. | : : | RAMBO, J. |
| JACKSON TOWNSHIP, *et al.,* Defendants | : : | |

**ORDER**

1. AND NOW, this ___ day of May, 2003, upon consideration of Plaintiffs' Motion to Strike Defendants' Response to Plaintiffs Additional Undisputed Material Facts in Opposition to Summary Judgment, it is hereby ORDERED that the Motion is GRANTED.

By the Court,

_____
Rambo, J.