IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID B. CORNEAL and SANDRA Y. CORNEAL,** : <br> **Plaintiffs** : <br> v. : <br> **JACKSON TOWNSHIP, Huntingdon County, Pennsylvania,** *et al.***,** : <br> **Defendants** : | **CIVIL NO. 1:CV-00-1192** |

## O R D E R

**IT IS HEREBY ORDERED THAT**:

(1) Plaintiffs' motion to file a sur reply brief is **GRANTED**. Plaintiffs shall file the brief no later than July 3, 2003; and

(2) Plaintiffs' motion to strike Defendant's response to Plaintiffs' additional undisputed material facts submitted in opposition to Defendant's renewed motion for summary judgment is **DENIED**.

                                                                     s/Sylvia H. Rambo
                                                                     Sylvia H. Rambo
                                                                     United States District Judge

Dated: June 23, 2003.