AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

David B. Corneal and Sandra Y Corneal
    Plaintiff

Case No: 1:00-CV-1192

V.

Jackson Township, Huntingdon County,
Pennsylvania; W. Thomas Wilson, Individually
and in his Official Capacity as Supervisor of
Jackson Township; Michael Yoder, Individually
and in his Official Capacity as Supervisor of
Jackson Township; Ralph Weiler, Individually
and in his Official Capacity as Supervisor of
Jackson Township; Barry Parks, Individually
and in his Official Capacity as Sewage
Enforcement Officer of Jackson Township;
David Van Dommelen, Individually and in his
Official Capacity as Building Permit Officer;
Ann L. Wirth, Individually and in her Official
Capacity as Secretary of Jackson Township;
    Defendants

Judge Sylvia H. Rambo

**9**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**:**    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the defendants, Jackson Township, Huntingdon County, Pennsylvania; W. Thomas Wilson, Individually and in his Official Capacity as Supervisor of Jackson Township; Michael Yoder, Individually and in his Official Capacity as Supervisor of Jackson Township; Ralph Weiler, Individually and in his Official Capacity as Supervisor of Jackson Township; Barry Parks, individually and in his Official Capacity as Sewage Enforcement Officer of Jackson Township; David Van Dommelen, Individually and in his Official Capacity as Building Permit Officer; and Ann L. Wirth, Individually and in her Official Capacity as Secretary of Jackson Township, and against the plaintiffs, David B. Corneal and Sandra Y. Corneal, on Counts I, II, III and IV.

**Date:** July 28, 2003                    **Mary E.  D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk