# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. CORNEAL and<br>SANDRA Y. CORNEAL,<br>Plaintiffs<br>v.<br><br>JACKSON TOWNSHIP, et al.,<br>Defendants | CASE NO. 1:CV-00-1192<br><br>RAMBO, J.<br><br>JURY TRIAL DEMANDED<br><br>ELECTRONICALLY FILED |

## NOTICE OF APPEAL

FILED
HARRISBURG, PA
AUG 2 7 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Notice is hereby given that David B. Corneal and Sandra Y. Corneal, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the following Orders entered in this action:

(1) The Order dated July 27, 2003, by the Honorable Sylvia H. Rambo,

(a) Granting Defendants' Renewed Motion for Summary Judgment on Plaintiffs' substantive due process claims and pendent state law claims, and

(b) Denying Plaintiffs' Motion for Reconsideration of the Court's December 23, 2002, Memorandum and Order granting Defendants' Motion for Summary Judgment on Plaintiffs' pendent state law claim for intentional interference with contract;

1

(2)   The Order dated September 12, 2001, denying Plaintiffs' Amended Motion for Reconsideration of the Court's Order dated March 29, 2001, dismissing Defendant Newton from the suit; and

(3)   The Order dated October 18, 2001, denying Plaintiffs' Amended Motion for Reconsideration of the Court's Order dated March 29, 2001, to the extent that the October 18, 2001, Order denies Plaintiffs' alternative request for Leave to Amend their Complaint to include additional facts revealed in discovery that demonstrate that Plaintiffs' have stated claims upon which relief may be granted as to Defendant Newton.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*Bridget E. Montgomery*

Bridget E. Montgomery, Esq.
Pa. S. Ct. I.D. 56105
Adam M. Shienvold, Esq.
Pa. S. Ct. I.D. 81941
213 Market Street, Eighth Floor
P. O. Box 1248
Harrisburg, Pennsylvania 17108-1248
Telephone: 717.237.6000

Date: August 27, 2003        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I delivered a copy of the forgoing document upon the persons in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil and Appellate Procedure.

Honorable Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

Anthony R. Sherr
Mayers, Mennies & Sherr, LLP
3031 Walton Road, Building A
Suite 330, PO Box 1547
Blue Bell, PA 19422-0440

Kathryn L. Simpson
Mette, Evans & Woodside
3401 N. Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950

Date: August 27, 2003

Bridget E. Montgomery, Esq.
Counsel for Plaintiffs