```
Wed Aug 27 15:03:10 2003

    UNITED STATES DISTRICT COURT
         SCRANTON    , PA

Receipt No:   111 139374
Cashier         jill

Tender Type  CHECK

Check Number: 283227

Transaction Type  N

D0 Code    Div No     Acct
 4667        1       086900

Amount              $   105.00

ECKERT SEAMANS CHERIN AND MELLOT 600
GRANT ST PITTSBURGH PA 15219

NOA IN 00-CV-1192


CR
```