UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 03-3587

DAVID B. CORNEAL;
SANDRA Y. CORNEAL,

Appellants

v.

JACKSON TOWNSHIP, Huntingdon County, Pennsylvania;
W. THOMAS WILSON, Individually and in his Official
Capacity as Supervisor of Jackson Township;
MICHAEL YODER, Individually and in his Official
Capacity as Supervisor of Jackson Township;
RALPH WEILER, Individually and in his Official
Capacity as Supervisor of Jackson Township;
BARRY PARKS, Individually and in his Official
Capacity as Sewage Enforcement Officer of Jackson Township;
DAVID VAN DOMMELEN, Individually and in his Official
Capacity as Building Permit Officer;
ANN L. WIRTH, Individually and in her Official
Capacity as Secretary of Jackson Township;
LARRY NEWTON, Individually and in his Official Capacity as
Solicitor to Jackson Township

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 00-cv-01192)
District Judge: Honorable Sylvia H. Rambo

Argued: March 30, 2004

Before: ALITO, FISHER and ALDISERT, Circuit Judges.

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued by counsel on March 30, 2004. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the district court entered July 28, 2003, be, and the same is hereby affirmed. Costs taxed against Appellants. All of the above in accordance with the opinion of this Court.

ATTEST:

Acting Clerk

Dated: April 13, 2004