

**MARY E. D'ANDREA**
*Clerk of Court*

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

April 19, 2004

Bridget E. Montgomery, Esq.
Adam M. Shienvold, Esq.
Ronald M. Lucas, Esq.
Anthony R. Sherr, Esq.
Charles M. Suhr, Esq.

    Re: <u>Corneal, et. al vs. Jackson Township, et. al.</u>
       Civil No. 1:00-CV-1192 (Judge Rambo)

Dear Counsel & Pro Se Plaintiff:

    The court has received notification from the Third Circuit Court of Appeals that the appeal filed in the above referenced case was resolved on April 13, 2004. Therefore, it is now appropriate to consider the pending bill of costs filed by the defendants.

    Objections to taxing of costs should be filed with the Clerk on or before **April 27, 2004**. Absent objections by that time, costs will be taxed as soon as practical in accordance with 28 U.S.C. § 1920 and the Local Rules of Court.

                               Very truly yours,

                               MARY E. D'ANDREA, CLERK

                             By:  <u>s/Roseanne M. Pucilowski,</u>
                             Deputy Clerk