# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 14, 2004



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: David B. Corneal, et ux.
v. Jackson Township, Huntingdon County, Pennsylvania, et al.
No. 04-63
(Your No. 03-3587)

00-CV-01192 MH

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 12, 2004 and placed on the docket July 14, 2004 as No. 04-63.

FILED
HARRISBURG, PA

MARY E. D'ANDREA, Clerk
Per _____
        Deputy Clerk

Sincerely,

William K. Suter, Clerk

by Melissa Blalock
Melissa Blalock
Case Analyst