mh

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 4, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



RECEIVED
OCT - 8 2004
U.S.C.A. 3rd. CIR.

Re:  David B. Corneal, et ux.
     v. Jackson Township, Huntingdon County, Pennsylvania, et al.
     No. 04-63
     (Your No. 03-3587)  00-CV-01192

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

FILED
HARRISBURG

OCT 1 8 2004

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK