# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **DAVID B. and SANDRA Y. CORNEAL** | : | |
| | : | |
| **Plaintiffs** | : | **CIVIL ACTION 1: 00-CV-1192** |
| | : | **(Judge Rambo)** |
| **v.** | : | |
| | : | |
| **JACKSON TOWNSHIP, ET AL** | : | |
| | : | |
| **Defendants** | : | |

## JUDGMENT

Pursuant to the court's judgment entered July 28, 2003 and Federal Rule of Civil Procedure 54(d), costs are taxed against the plaintiffs David B. and Sandra Y. Corneal and in favor of the defendants Jackson Township, et al, in the amount of $3,947.52.

ATTEST:

s/**Mary E. D'Andrea**
MARY E. D'ANDREA, Clerk

DATE: February 14, 2005